Order Regarding Motion for Sentence Reduction      CLERK'S OFFICE U.S. DIST. COURT AT DANVILLE, VA FILED APR 21 2015 JULIA C. DUDLEY, CLERK BY: DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER KIRK GRAY | )<br>)<br>) Case No: 4:09CR00029-003<br>) USM No: 14075-084 |
| Date of Previous Judgment: 10/06/2011<br>(Use Date of Last Amended Judgment if Applicable) | )<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months **is reduced to** __151 months*__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __31__      Amended Offense Level: __29__
Criminal History Category: __VI__      Criminal History Category: __VI__
Previous Guideline Range: __188__ to __235__ months      Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
    *Defendant is sentenced to 151 months, but not less than time served.

Except as provided above, all provisions of the judgment dated __10/06/2011__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 4/21/2015

                                           Judge's signature

Effective Date: __11/01/2015__         Hon. Jackson L. Kiser, Senior U.S. District Judge
    (if different from order date)                    Printed name and title