# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 22 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHRISTOPHER KIRK GRAY | ) | Case No: 4:09CR00029-003 |
| | ) | USM No: 14075-084 |
| Date of Previous Judgment: 10/06/2011 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

AMENDED **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 132 months **is reduced to** 106 months*.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

*Defendant is sentenced to 106 months, but not less than time served.

Except as provided above, all provisions of the judgment dated 10/06/2011 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/22/2015

Judge's signature

Effective Date: 11/01/2015
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title